UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAJOR SINGH JAMMU                               CIVIL ACTION

VERSUS                                          NO. 25-815

UNITED STATES CITIZENSHIP AND                   SECTION: "P" (1)
IMMIGRATION SERVICES

## ORDER AND REASONS

Before the Court is the Report and Recommendation of United States Magistrate Judge Janis van Meerveld.[1] The Report recommends that the Motion to Dismiss (R. Doc. 7) filed by Defendant, United States Citizenship and Immigration Services, be granted and that this case be dismissed for lack of jurisdiction. Plaintiff timely filed written objections to the Magistrate Judge's recommendation, arguing that the Magistrate Judge's legal analysis and the resulting recommendation are incorrect.[2]

The Court has conducted a de novo review[3] of the motion to dismiss,[4] the supporting and opposing memoranda,[5] the report and recommendation,[6] the objections to the report and recommendation,[7] and the applicable laws. After a thorough review, the Court concludes the Magistrate Judge's recommendation should be adopted because the Court lacks jurisdiction over Plaintiff's APA and INA claims for the reasons stated by the Magistrate Judge in her Report and Recommendation. Indeed, upon de novo review, this Court comes to the same conclusion as the Magistrate Judge for the same reasons. The Court further concludes that Plaintiff has failed to state

---

[1] R. Doc. 11.
[2] R. Doc. 12.
[3] *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3) (requiring a district judge to determine *de novo* any part of the magistrate judge's disposition that has been properly objected to).
[4] R. Doc. 7.
[5] R. Docs. 8–9.
[6] R. Doc. 11.
[7] R. Doc. 12.

a plausible claim for violation of his Fifth Amendment right to due process for the reasons argued in Defendant's motion to dismiss. Accordingly, the Court accepts the Magistrate Judge's Report and Recommendation with respect to dismissing Plaintiff's APA and INA claims for lack of jurisdiction, and the Court modifies the recommendation to include dismissal of the Fifth Amendment claim for failure to state a claim.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation (R. Doc. 11) is **ADOPTED**, and Plaintiff's objections (R. Doc. 12) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (R. Doc. 7) is **GRANTED,** and all claims for relief in Plaintiff's Complaint (R. Doc. 1) are **DISMISSED WITHOUT PREJUDICE** for the respective reasons stated herein.

New Orleans, Louisiana, this 26th day of February 2026.

                                          **DARREL JAMES PAPILLION**
                                          **UNITED STATES DISTRICT JUDGE**